## SHARON LOUGHLIN *v.* WILLIAM LOUGHLIN, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 618 (AC 25611), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court had improperly relied on the total length of the parties' relationship in fashioning its financial orders?

"2. Did the Appellate Court properly conclude that the trial court had improperly relied on the presence of the parties' adult children and grandchild in the home in fashioning its alimony award?"

The Supreme Court docket number is SC 17634.

*Jeffrey D. Ginzberg,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided March 23, 2006

## ALLAN NICHOLSON *v.* COMMISSIONER OF CORRECTION

The petitioner Allan Nicholson's petition for certification for appeal from the Appellate Court, 93 Conn. App. 116 (AC 25672), is denied.

*Salvatore C. Adamo,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided March 23, 2006